**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8284**

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

      v.

KENNETH W. KEMP, a/k/a Al, a/k/a L, a/k/a El,

                Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Henry Coke Morgan, Jr., Senior District Judge. (2:93-cr-00117-jcc-2)

Submitted: April 23, 2009          Decided: May 1, 2009

Before MICHAEL, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kenneth W. Kemp, Appellant Pro Se. Laura Marie Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth W. Kemp appeals the district court's orders denying his motions for reconsideration of the denial of his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Kemp, No. 2:93-cr-00117-jcc-2 (E.D. Va. filed Aug. 27, 2008 & entered Aug. 28, 2008; filed Sept. 24, 2008 & entered Sept. 25, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED